**Order filed March 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01029-CV
_____

## IN THE MATTER OF THE MARRIAGE OF SAMIA MOHAMED AND RAZEK AHMED

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 94133-F**

# O R D E R

The clerk's record was filed January 2, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain records and/ or letters reviewed by the trial court and submitted to the District Clerk's office along with a copy of the trial court's December 19, 2018 letter ruling.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before March 29, 2019, containing the records and/ or letters reviewed

by the trial court and submitted to the District Clerk's office along with a copy of the trial court's December 19, 2018 letter ruling .

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM